UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION FILE |
| CAPITAL TRUCKING, INC., ROBERT G. ANDERSON, DIANE C. ANDERSON ) ) ) | NO. 7:18-cv-10871 |
| Defendants. | |

-------------------------------------------------------------------x

## PLAINTIFF'S DISCLOSURE STATEMENT
## PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure Fed. R. Civ. P. 7.1, Plaintiff CAROLINA CASUALTY INSURANCE COMPANY states that it is ultimately owned by W. R. Berkley Corporation, which is a publicly traded company.

Date:   New York, New York
        November 20, 2018

                                               WADE CLARK MULCAHY, LLP

                                              **/s/ CS-9693**
                                              _____
                                              Christopher J. Soverow, Esq.
                                              180 Maiden Lane, Suite 901
                                              New York, New York 10038
                                              (212) 267-1900
                                              Our File No. 830.11338

          Scott McMickle, Esq.
          MCMICKLE, KUREY & BRANCH, LLP
          217 Roswell St.
          Suite 200
          Alpharetta, GA 30009
          *Pro Hac Vice* application forthcoming
          swm@mkblawfirm.com
          ATTORNEYS FOR DEFENDANT