UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Carolina Casualty Insurance Company,

                     Plaintiff,
    -against-                                     18 **CIVIL** 10871 (PED)

## JUDGMENT

Capital Trucking, Inc., Robert G. Anderson,
Diane C. Anderson,

                     Defendants.
-----------------------------------------------------------X

Robert G. Anderson, Diane C. Anderson,

                     Counterclaim Plaintiffs,
    -against-

Carolina Casualty Insurance Company &
Imperium Insurance Company, f/k/a Delos
Insurance Company,

                     Counterclaim Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated March 5, 2021, Carolina's motion for summary judgment is **GRANTED** as to its first cause of action and **DENIED** as to its second cause of action. The Andersons' motion for summary judgment is **GRANTED** to the extent that the Court determines that Carolina's MCS-90 endorsement applies to the underlying accident, and Carolina would be obligated under the endorsement to satisfy any money judgment against Capital Trucking obtained by the Andersons up to $750,000. The Andersons' motion is **DENIED** in all Other respects. Carolina's and Imperium's motions to dismiss the Andersons' fourth, fifth, and Sixth causes of action are **GRANTED;** accordingly, this case is closed.

**Dated:**  New York, New York

   March 5, 2021

                                                          **RUBY J. KRAJICK**
                                                          _____
                                                          **Clerk of Court**
                                            **BY:**  _David J. Thomas_
                                                          **Deputy Clerk**